UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PNHC, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GANJA, LLC, d/b/a HYDRO LAS VEGAS, a Nevada limited liability company; MITCHELL HOSTMEYER, an individual; JAMES GREENWOOD, an individual; MARCIA HAGER, an individual; SOCIAL WEALTH, LLC, a Nevada limited liability company dba CILI BY DESIGN; DOES INDIVIDUALS 1-10; ROE CORPORATIONS 1-10,<br><br>        Defendants. | Case No. 2:21-cv-00906-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time to Serve Process on All Defendants (ECF No. 9). The Motion seeks a sixty day extension of time within which to accomplish service. The Motion demonstrates diligence with respect to locating Defendants for purpose of service.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve Process on All Defendants (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff has through and including October 4, 2021 to serve Defendants.

IT IS FURTHER ORDERED that Plaintiff shall familiarize itself with the U.S. District Court for the District of Nevada Local Rule IA 10-1(a)(1) and comply with the same in the future.

Dated this 29th day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1