H. Clay Hodges, NC Bar No. 29270 (*pro hac vice* admission)
**Harris Sarratt & Hodges, LLP**
3948 Browning Place, Suite 334
Raleigh, North Carolina 27609
Tel.: 919.546.8788
Fax: 919.546.8789

FABIAN VANCOTT
**TREVOR R. WAITE, ESQ.**
Nevada Bar No. 13779
411 East Bonneville Avenue, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 333-4900
Facsimile: (877) 898-1168
E-Mail: twaite@fabianvancott.com
*Attorneys for PNHC, LLC*

**UNITED STATES DISTIRCT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PNHC, LLC<br><br>    Plaintiff<br><br>vs.<br><br>GANJA, LLC, d/b/a HYDRO Las Vegas, a Nevada limited liability company; MITCHELL HOSTMEYER, an individual; JAMES GREENWOOD, an individual; MARCIA HAGER, an individual; SOCIAL WEALTH, LLC, a Nevada limited liability company dba CILI BY DESIGN; DOES INDIVIDUALS 1-10; ROE CORPORATIONS 1-10,<br><br>    Defendants | CASE NO.: 2:21-cv-00906-JCM-EJY<br><br>DEPT. NO.: T<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Pursuant to LR IA 11-6(c), Plaintiff PNHC, LLC ("Plaintiff"), by and through undersigned counsel and subject to approval by the court, hereby stipulates and gives notice that Attorney Trevor Waite and the law firm of Fabian VanCott shall be substituted as counsel of record for Plaintiff in place of Shane Clayton and Clayton & Company, in the above-referenced action.

1

Plaintiff's counsel H. Clay Hodges, admitted *pro hac vice*, shall remain as counsel for Plaintiff. Pursuant to LR IA 11-6(c), this Stipulation to Substitute Attorneys is being served on attorneys for all Defendants and a copy has been provided to Plaintiff. The filing attorney represents that he has obtained consent from Plaintiff PNHC, LLC and from the non-filing attorneys listed below to electronically sign this Stipulation.

In addition, Counsel for Plaintiff has reviewed the recent Order denying Plaintiff's original Stipulation to Substitute Attorneys. Plaintiff's counsel apologizes to the Court for the failure of the original Stipulation to include the signature of the represented Party (Plaintiff PNHC, LLC), and thus for its failure to comply with the U.S. District Court for the District of Nevada Local Rule 11-6(c). Plaintiff herein amends its Stipulation to Substitute Attorneys.

This the 23rd day of February, 2022.

**PLAINTIFF PNHC, LLC**

By:/s/ Justin Ortiz, Member
1105 Baslow Brook Court
Raleigh, NC 27614

**CLAYTON & COMPANY**

By:/s/ Shane W. Clayton
Shane W. Clayton
Nevada Bar No. 8783
9900 Covington Cross Drive, Suite 130
Las Vegas, Nevada 89144
Telephone: 702.722.0071
shane@claytonandco.com

**FABIAN VAN COTT**

By: /s/ Trevor R. Waite
TREVOR R. WAITE
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Office: (702) 233-4444
Fax: (877) 898-1168
www.fabianvancott.com

**HARRIS SARRATT & HODGES, LLP**

By: /s/ H. Clay Hodges
H. Clay Hodges, NCSB # 29270 (*pro hac vice* admission)
3948 Browning Place, Suite 334
Raleigh, North Carolina 27609
Tel.:   919.546.8788
Fax:   919.546.8789
chodges@hshllp.com
*Attorneys for Plaintiff PNHC, LLC*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  February 24, 2022**

2