**FABIAN VAN COTT**
TREVOR R. WAITE
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Office: (702) 233-4444
Fax: (877) 898-1168
www.fabianvancott.com

**HARRIS SARRATT & HODGES, LLP**
H. Clay Hodges, NCSB # 29270 (*pro hac vice* admission)
3948 Browning Place, Suite 334
Raleigh, North Carolina 27609
Tel.:   919.546.8788
Fax:   919.546.8789
chodges@hshllp.com
***Attorneys for Plaintiff PNHC, LLC***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PNHC, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GANJA, LLC, d/b/a HYDRO Las Vegas, a Nevada limited liability company; MITCHELL HOSTMEYER, an individual; JAMES GREENWOOD, an individual; MARCIA HAGER, an individual; SOCIAL WEALTH, LLC, a Nevada limited liability company dba CILI BY DESIGN; DOES INDIVIDUALS 1-10; ROE CORPORATIONS 1-10,<br><br>        Defendants. | CASE NO.: 2:21-cv-00906-JCM-EJY<br><br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED LITIGATION** |

        PNHC, LLC, ("Plaintiff") and Ganja, LLC d/b/a HYDRO Las Vegas, Mitchell

Hostmeyer, and James Greenwood ("Ganja Defendants"), by and through undersigned

counsel, hereby jointly move the Court for an order to stay proceedings in the underlying

1

action while subject-matter related but separate litigation is resolved in Nevada state court. Plaintiff and Ganja Defendants respectfully show the Court:

1. Plaintiff's Complaint in this case was filed May 7, 2021.

2. Ganja Defendants timely filed their answer to the Complaint on December 8, 2021.

3. On or around March 21, 2022, Ganja Defendants provided answers and responses to Plaintiff's *First Set of Interrogatories and Requests for Production of Documents*. Ganja Defendants also submitted their *First Supplement to Early Case Conference List of Witnesses and Documents*. In these submissions Plaintiff discovered that Ganja Defendants accepted Plaintiff's wire transfer deposit of $362,500.00 on March 25, 2020, and on the same day wired $350,000.00 to SBL, LLC, d/b/a Global Cannabinoids (hereinafter "Global"), a Nevada company and third-party manufacturer, who had entered into a separate agreement with Ganja Defendants to manufacture the 4,000,000 bottles of hand sanitizer Plaintiff had ordered from Defendant Ganja.

4. Global accepted the $350,000.00 from Ganja Defendants but did not manufacture or deliver any bottles of hand sanitizer.

5. Defendant Ganja has claims against Global for breach of contract and other causes of action, related to their separate contract and to the transfer of funds.

6. On February 10, 2022, Defendant Ganja filed its *Amended Complaint* in Nevada state court against Global and other potentially related companies, seeking damages for breach of contract and other causes of action (hereinafter "Related Litigation"). Please see *GANJA, LLC DBA HYDRO LAS VEGAS, a Nevada Limited Liability Company v. SBL, LLC dba GLOBAL CANNABINOIDS, a Nevada Limited Liability Company; GLOBAL*

2

*SANITIZER TECHNOLOGIES, LLC, a Nevada Limited Liability Company; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive*; Case No.: A-22-847810-C, Eighth Judicial District Court, Clark County, Nevada, attached to this Motion as Exhibit A.

7.     Included in these claims is a demand for the return of $350,000.00, the amount Defendant Ganja wired to Global following Defendant Ganja's receipt of $362,500.00 from Plaintiff in the present action. Defendant Ganja references Plaintiff throughout this separate Nevada state court action.

8.     Plaintiff and Ganja Defendants now agree that if Global properly responds to the Related Litigation and returns the $350,000.00 it received from Defendant Ganja, that Defendant Ganja will be in a position to return Plaintiff's wire transfer deposit and that the instant case may not need to be further litigated.

9.     Because of this Related Litigation, Plaintiff and Ganja Defendants believe it would be beneficial and most efficient to all active parties in the present litigation for this Court to grant a stay of proceedings in the instant action while the Related Litigation between Defendant Ganja and Global is litigated and resolved in Nevada state court.

10.     Once the Related Litigation between Defendant Ganja and Global is either successfully resolved or terminated, Plaintiff agrees to dismiss the instant action or request that this Court lift the stay of proceedings in the instant action and resume litigation of the instant case.

11.     For these reasons, Plaintiff and Ganja Defendants respectfully request that this Court grant a stay of proceedings in this action.

12.     This motion is not interposed for the purposes of delay, but instead is jointly requested in good faith to give the parties the time and resources to pursue resolution of the related claims in the Related Litigation.

**WHEREFORE,** Plaintiff and Ganja Defendants respectfully and jointly request that this Court grant their joint motion to stay proceedings during the pendency of the Related Litigation, as more fully discussed herein.

This the 7th day of July, 2022.

**ALDRICH LAW FIRM, LTD.**
/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, NV  89117
Telephone: (702) 853-5490
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com
***Attorneys for Ganja Defendants***

**FABIAN VAN COTT**
By: /s/ Trevor R. Waite_____
TREVOR R. WAITE
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Office: (702) 233-4444
Fax: (877) 898-1168
www.fabianvancott.com

**HARRIS SARRATT & HODGES, LLP**
By: /s/ H. Clay Hodges_____
H. Clay Hodges, NCSB # 29270 (*pro hac vice* admission)
3948 Browning Place, Suite 334
Raleigh, North Carolina 27609
Tel.:    919.546.8788
Fax:    919.546.8789
chodges@hshllp.com
***Attorneys for Plaintiff PNHC, LLC***

4

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing **JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED LITIGATION** was electronically filed with the Clerk of Court using the CM/ECF System, which will send notification to all attorneys of record in this matter.

This the 7th day of July, 2022.

**FABIAN VAN COTT**

By: /s/ Trevor R. Waite
TREVOR R. WAITE
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Office: (702) 233-4444
*Attorney for Plaintiff PNHC, LLC*

**FABIAN VAN COTT**
TREVOR R. WAITE
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Office: (702) 233-4444
Fax: (877) 898-1168
www.fabianvancott.com

**HARRIS SARRATT & HODGES, LLP**
H. Clay Hodges, NCSB # 29270 (*pro hac vice* admission)
3948 Browning Place, Suite 334
Raleigh, North Carolina 27609
Tel.:    919.546.8788
Fax:    919.546.8789
chodges@hshllp.com
*Attorneys for Plaintiff PNHC, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PNHC, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GANJA, LLC, d/b/a HYDRO Las Vegas, a Nevada limited liability company; MITCHELL HOSTMEYER, an individual; JAMES GREENWOOD, an individual; MARCIA HAGER, an individual; SOCIAL WEALTH, LLC, a Nevada limited liability company dba CILI BY DESIGN; DOES INDIVIDUALS 1-10; ROE CORPORATIONS 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-00906-JCM-EJY<br><br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED LITIGATION** |

The Joint Motion to Stay Proceedings Pending Resolution of Related Litigation

("Motion") having come before this Court, and for good cause appearing therefore, this

Court ORDERS as follows:

1. The Motion is GRANTED, in its entirety;

2. Case 2:21-cv-00906-JCM-EJY shall be stayed during the pendency of *GANJA, LLC DBA HYDRO LAS VEGAS v. SBL, LLC dba GLOBAL CANNABINOIDS, et. al.,* in the Eighth Judicial District Court, Clark County, Nevada, under case number A-22-847810-C.

**IT IS SO ORDERED**.

Dated: _____July 11, 2022_____

IT IS FURTHER ORDERED that the parties shall notify this Court upon resolution of the State case.

_____
Hon. James C. Mahan
Judge, United States District Court

2