AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PNHC, LLC,

                              Plaintiff,

      v.

Ganja, LLC, et al

                            Defendants.

**DEFAULT JUDGMENT**

Case Number: 2:21-cv-00906-JCM-EJY

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor for Plaintiff against the Hager Defendants in the amount of $362,500.00, plus attorneys' fees of $54,375.00, plus interest at the legal rate of 8% from the date of filing of the Complaint.

7/15/2022
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ J. Callo
_____
Deputy Clerk