UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PNHC, LLC,

      Plaintiff,

      v.

GANJA, LLC, d/b/a HYDRO LAS VEGAS;
MITCHELL HOSTMEYER; JAMES
GREENWOOD; MARCIA HAGER;
SOCIAL WEALTH, LLC, dba CILI BY
DESIGN; DOES INDIVIDUALS 1-10; ROE
CORPORATIONS 1-10,

      Defendants.

Case No. 2:21-cv-00906-JCM-EJY

**ORDER SETTING JUDGMENT DEBTOR
EXAMINATION OF MARCIA HAGER**

Upon Application for Order for Judgment Debtor's Examination Pursuant to FRCP 69(a)(2), duly filed by Plaintiff/Judgment Creditor PNHC, LLC, the Court finds the following:

1.     On September 28, 2021, a Default was entered in this matter against Defendant/Judgment Debtor Marcia Hager ("Ms. Hager").

2.     Following the entry of that Default, Plaintiff filed its Motion for Default Judgment on April 7, 2022.

3.     On July 15, 2022, this Court entered a Default Judgment against Ms. Hager and in favor of Plaintiff in the amount of $362,500.00, plus attorneys' fees of $54,375.00, plus interest at the legal rate of 8% from the date of filing the Complaint.

4.     Plaintiff requests that Ms. Hager appear for a debtor's examination on **December 9, 2022 at 9:00 AM** at the offices of Fabian VanCott, 411 E. Bonneville Avenue, Suite 400, Las Vegas, Nevada 89101.

IT IS HEREBY ORDERED that Defendant/Judgment Debtor Marcia Hager appear for a debtor's examination on **December 9, 2022 at 9:00 AM** at the offices of Fabian VanCott, 411 E. Bonneville Avenue, Suite 400, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Ms. Hager bring with her to the debtor's examination copies or original of all the documents in her possession, custody, or control that relates or refers to the following categories:

    1.    Tax returns for Ms. Hager for the tax years of 2019 through the present date;

    2.    All pay stubs for Ms. Hager from January 1, 2019 through the present date;

    3.    Bank statements from all bank accounts, foreign and domestic, in which Ms. Hager has a legal or equitable ownership interest from January 1, 2019 through the present date;

    4.    Bank statements from all bank accounts, foreign and domestic, for all partnerships in which Ms. Hager has a legal or equitable ownership interest from January 1, 2019 through the present date;

    5.    Bank statements from all bank accounts, foreign and domestic, for all limited liability companies in which Ms. Hager has a legal or equitable ownership interest from January 1, 2019 through the present date;

    6.    Bank statements from all bank accounts, foreign and domestic, for all limited partnerships in which Ms. Hager has a legal or equitable ownership interest from January 1, 2019 through the present date;

    7.    Deeds (or the foreign equivalent) for any foreign and domestic parcel of real property in which Ms. Hager has any current legal or equitable ownership interest, including but not limited to personal residence, vacation property, undeveloped land, commercial property or leased property;

    8.    All documents that relate to the sale, transfer, or purchase of any foreign and domestic, real property in which Ms. Hager has or had any legal or equitable ownership interest from January 1, 2019 through present date;

    9.    Title, registration and all other documents relating to the purchase, sale, or transfer of any automobiles in which Ms. Hager has had any ownership interest since January1, 2019 to the present date;

    10.    Share certificates for any corporation in which Ms. Hager owns stock, or if the stock is held in the account of a broker, the account statements from each brokerage firm from January 1, 2019 to the present date;

11.    Any trust agreement for any trust in which Ms. Hager is a beneficiary;

12.    Any trust agreement for any trust of which Ms. Hager is a grantor;

13.    Any trust agreement for any trust of which Ms. Hager is a trustee;

14.    The trust agreement for the Hager Family Trust dated April 18, 2006;

15.    Any and all documents, not already identified above, identifying or referring to the location, account numbers, balances, and disposition of any and all foreign and domestic bank, brokerage, or other financial account held by Ms. Hager from January1, 2019 to the present date; and

16.    All life insurance policies to which Ms. Hager is a beneficiary.

IT IS SO ORDERED.

Dated this 4th day of November, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE