Michael D. Rawlins
Nevada Bar No. 5467
**SMITH & SHAPIRO, PLLC**
3333 East Serene Avenue, Suite 130
Henderson, Nevada 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
Email: mrawlins@smithshapiro.com

*Attorneys for Defendants MARCIA HAGER, and SOCIAL WEALTH, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PNHC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GANJA, LLC, d/b/a HYDRO Las Vegas, a Nevada limited liability company; MITCHELL HOSTMEYER, an individual; JAMES GREENWOOD, an individual; MARCIA HAGER, an individual; SOCIAL WEALTH, LLC, a Nevada limited liability company dba CILI BY DESIGN; DOES INDIVIDUALS 1- 10; ROE CORPORATIONS 1-10,<br><br>Defendants. | CASE NO.: 2:21-cv-00906-JCM-EJY<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTION TO SET ASIDE DFAULT JUDGMENT**<br>**(First Request)** |

Defendants MARCIA HAGER ("***Hager***") and SOCIAL WEALTH, LLC ("***Social Wealth***"), and Plaintiff PNHC, LLC, stipulate to extend the deadlines for briefing on Hager and Social Wealth's Motion to Set Aside Default Judgment [ECF No. 38] as follows:

1. Hager and Social Wealth filed their Motion to Set Aside Default Judgment on December 9, 2022. In the ordinary course, plaintiff's opposition brief would be due December 23, 2022, and movants' reply brief would be due December 30, 2022.

1

2. To accommodate the holiday and travel plans of counsel, the parties have stipulated that Plaintiff's opposition brief shall be filed by January 6, 2023, and movants' reply brief by January 13, 2023.

The parties agree this Stipulation is being submitted in good faith and not for purposes of delay, and that this Stipulation is made in accordance with Local Rule IA 6-1 and for good cause.

**SMITH & SHAPIRO, PLLC**

By:*/s/ Michael D. Rawlins*
Michael D. Rawlins
NV Bar No. 5467
*Attorneys for Defendants MARCIA HAGER, and SOCIAL WEALTH, LLC*

**FABIAN VANCOTT**

By: */s/ Trevor R. Waite*
Trevor R. Waite, Esq.
NV Bar No. 13779
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  December 16, 2022

2