John P. Aldrich
Nevada Bar No. 6877
Christopher A. Elsee
Nevada Bar No. 13333
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: 702.853.5490
Facsimile: 702.227.1975
Email: jaldrich@johnaldrichlawfirm.com
celsee@johnaldrichlawfirm.com
*Attorneys for Defendants Ganja, LLC, Mitchell Hostmeyer, and James Greenwood*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PNHC, LLC,

Plaintiff,

v.

GANJA, LLC d/b/a HYDRO LAS VEGAS, a Nevada limited liability company; MITCHELL HOSTMEYER, an individual; JAMES GREENWOOD, an individual; MARCIA HAGER, an individual; SOCIAL WEALTH, LLC, a Nevada limited liability company d/b/a CILI BY DESIGN; DOES INDIVIDUALS 1-10; ROE CORPORATIONS 1-10,

Defendants.

Case No. 2:21-cv-00906-JCM-EJY

**JOINT MOTION TO EXTEND REGARDING NOTICE OF INTENT TO DISMISS**

Defendants GANJA, LLC d/b/a HYDRO LAS VEGAS, MITCHELL HOSTMEYER, and JAMES GREENWOOD, and Plaintiff PNHC, LLC, by and through their respective counsel of record, hereby jointly move this Court for an Order extending the deadline of dismissal pursuant to the Court's Notice Regarding Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1. [Dkt. #53.]

The parties are actively working to iron out final settlement details that they expect will result in this case being fully dismissed. Therefore, the parties request a brief extension from this Court to change this status check to 30 days from the date of today, prior to taking any action on the matter. This motion is filed jointly by all parties and is not opposed by Plaintiff's counsel.

DATED: July 24, 2026.

**ALDRICH LAW FIRM, LTD.**

/s/ *John P. Aldrich*
John P. Aldrich, Esq.
Nevada Bar No. 6877
Christopher A. Elsee, Esq.
Nevada Bar No. 13333
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com
ecelsee@johnaldrichlawfirm.com
*Attorneys for Defendants Ganja, LLC, Mitchell Hostmeyer, and James Greenwood*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Date: July 24, 2026