UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PNHC, LLC,

Plaintiff,

v.

GANJA, LLC d/b/a HYDRO LAS VEGAS, a Nevada limited liability company; MITCHELL HOSTMEYER, an individual; JAMES GREENWOOD, an individual; MARCIA HAGER, an individual; SOCIAL WEALTH, LLC, a Nevada limited liability company d/b/a CILI BY DESIGN; DOES INDIVIDUALS 1-10; ROE CORPORATIONS 1-10,

Defendants.

Case No. 2:21-cv-00906-JCM-EJY

**ORDER**

Before the court is defendants GANJA, LLC, Mitchell Hostmeyer, and James Greenwoods' unopposed motion to dismiss entire action with prejudice. (ECF No. 56).

Pursuant to FRCP 41 (a)(2), an action can be dismissed at a plaintiff's request by a court order on terms that the court considers proper. Defendants submits the motion on plaintiff PNHC, LLC's behalf because plaintiff no longer has local counsel.

However, the court will not automatically grant every unopposed motion. First, the court must weigh the following factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

Having considered defendants' unopposed motion and plaintiff's confirmation of the motion in light of the *Ghazali* factors, the court grants the motion. The first three factors—the public's interest in expeditiously resolving this litigation, the court's interest in managing the docket, and the risk of prejudice to defendants—all weigh in favor of dismissal. *See id.*; *Anderson v. Air West*, 542

F.2d 522, 524 (9th Cir. 1976) (holding that a presumption of injury arises from the occurrence of unreasonable delay). Therefore, dismissal is appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' unopposed motion to dismiss (ECF No. 56), be, and the same hereby is, GRANTED.

Dated this 31st day of August, 2026.

James C. Mahan

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE